UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

MATTHEW J. DONNELLY,
      Plaintiff

v.

TOWN OF SCITUATE, SCITUATE
SELECT BOARD, and STEPHEN F. MONE,
      Defendants

NOTICE OF REMOVAL

To:    United States District Court
       District of Massachusetts

The petition of the Defendants, Town of Scituate, Scituate Select Board, and Stephen F. Mone assert:

1.      On or about May 14, 2025, plaintiff commenced a civil action against the defendants in the Plymouth Superior Court of the Commonwealth of Massachusetts, County of Plymouth, entitled Matthew J. Donnelly v. Town of Scituate. et al, Plymouth Superior Court, Civil Action No. 2583CV00447. A copy of the Complaint is attached hereto.

2.      The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1983 and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. Section 1441.   This is an action alleging claims including those arising out of the Constitution of the United States.

3.      Written notice of the filing of this Notice shall be promptly served upon the Prose plaintiff and filed with the Clerk of the Plymouth Superior Court pursuant to 28 U.S.C. Section 1446(d).

4.      Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, the defendants shall file certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries in the state court with this

1

Court.

**WHEREFORE,** petitioner respectfully prays that the action now pending against them in the Plymouth Superior Court of the Commonwealth of Massachusetts in and for the County of Plymouth be removed to the United States District Court for the District of Massachusetts.

Signed and sworn to under the penalties of perjury this 21st day of May 2025.

,

Defendants,
Town of Scituate, Scituate Select Board,
and Stephen F. Mone.

By their attorney,

/s/ Douglas I. Louison

_____
Douglas I. Louison, Esquire (BBO #545191)
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305
dlouison@lccplaw.com

Date:   May 25, 2025

2

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on the 21st day of May 2025, the foregoing document was served via email to the following:

Matthew J. Donnelly
12 Park Avenue, #201
Hull, MA   020245
Mjdonelly2@yahoo.com


/s/ Douglas I. Louison

Douglas I. Louison